## BARTON *v.* THE STATE.

CRIMINAL LAW. *Carrying pistol, etc.* Carrying a navy in scabbard on saddle while riding along public road is indictable. It is not necessary to describe the pistol, it being unlawful to carry any kind of a pistol except a navy six or army pistol, and they must be carried openly in the hand.

### FROM OBION.

Appeal from the Circuit Court. JAS. D. PORTER, Judge.

JAMES G. SMITH for complainant,

ATTORNEY-GENERAL HEISKELL for the State.

NICHOLSON, C. J., delivered the opinion of the court.

Barton was indicted in the County Court of Obion county for carrying a pistol not openly in his hands, and upon conviction was fined ten dollars. A motion was made to quash the indictment, but was overruled.

The proof shows that defendant was riding along the public road from Troy with a navy six in a scabbard hung to the horn of his saddle.

The motion to quash the indictment was properly overruled.

The charge was that defendant " unlawfully did carry a certain pistol, it not being openly in his hands, and that he was not an officer," etc. It is

indictable to carry any kind of pistol except an army pistol or navy six, and that can be carried lawfully only openly in the hands. The charge is sufficiently descriptive of the offense.

There is no error in the charge of the court or in the finding of the jury.

Judgment affirmed.